**Opinion filed June 30, 2011**



In The

# Eleventh Court of Appeals

———————

### No. 11-11-00049-CV

———————

## IN THE INTEREST OF J.A.C., A CHILD

**On Appeal from the 106th District Court**
**Gaines County, Texas**
**Trial Court Cause No. 07-05-15427**

### M E M O R A N D U M   O P I N I O N

V.M. is the appellant in this appeal. By and through his attorney, he has filed a motion to dismiss the appeal pursuant to TEX. R. APP. P. 42.1(a)(1). *See* TEX. R. APP. P. 9.1(a). In the motion, appellant's attorney states that she "filed the appeal in an abundance of caution because she could not get in contact with [appellant]." She further alleges that she has not had any communication with appellant since January 20, 2011. The court finds good cause for granting the motion to dismiss. Therefore, we dismiss the appeal.

The motion to dismiss is granted, and the appeal is dismissed.

June 30, 2011                                              PER CURIAM

Panel[1] consists of: Wright, C.J.,
McCall, J., and Hill, J.[2]

---

[1]Rick Strange, Justice, resigned effective April 17, 2011. The justice position is vacant pending appointment of a successor by the governor.

[2]John G. Hill, Former Justice, Court of Appeals, 2nd District of Texas at Fort Worth, sitting by assignment.